

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-09-049-CV

LLANO ROYALTY, LTD.                                              APPELLANT

V.

HERMAN SMITH & CO., LTD.,                                        APPELLEES
AND PATSY SMITH, INDIVIDUALLY
AND AS TRUSTEE OF THE KARLA
G. SMITH 2001 IRREVOCABLE ASSET
TRUST AND THE VICKI SMITH WEINBERG
2001 IRREVOCABLE ASSET TRUST

----------

## FROM THE 352ND DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's "Unopposed Motion To Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1] *See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.  *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  LIVINGSTON, DAUPHINOT, and GARDNER, JJ.

DELIVERED:  May 21, 2009